# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Mystery Nicole Schappell  
                Debtor(s)

**BK NO. 23-00051 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of NATIONS DIRECT MORTGAGE, LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ Michael Farrington  
Michael Farrington  
30 Jan 2023, 17:07:46, EST

        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA  19106  
        215-627-1322