United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-00051-HWV
Mystery Nicole Schappell     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Feb 24, 2023     Form ID: ntcnfhrg     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mystery Nicole Schappell, 226 Notch Road, Duncannon, PA 17020-7017 |
| 5515671 | + | CHASE X SCHAPPELL, 226 NOTCH ROAD, DUNCANNON, PA 17020-7017 |
| 5515674 | + | COMMONWEALTH OF PA, DEPT OF LABOR & INDUSTRY, OFFICE OF UC BENEFITS POLICY, 651 BOAS STREET RM 608, HARRISBURG, PA 17121-0725 |
| 5515675 | + | CONSUMER DEBT LAW, 220 NEWPORT CENTER DRIVE, 11-452, NEWPORT BEACH, CA 92660-7506 |
| 5515677 | + | DONALD MILLER, 1427 STATE ROAD, DUNCANNON, PA 17020-9533 |
| 5515679 | + | FREDERICK CHEVROLET, 1505 QUENTIN ROAD, LEBANON, PA 17042-7472 |
| 5515680 | + | HUNTINGTON NATIONAL BANK HEADQUARTERS, 41 S HIGH STREET, 7TH FLOOR, COLUMBUS, OH 43215-6116 |
| 5515683 | + | ISAAC & CHEYENNE PAULEY, 228 NOTCH ROAD, DUNCANNON, PA 17020-7017 |
| 5515689 | + | NATIONS DIRECT MORTGAGE, 1 CORPORATE DRIVE, LAKE ZURICH, IL 60047-8944 |
| 5515690 | + | PERRY COUNTY DOMESTIC RELATIONS, PO BOX 159, NEW BLOOMFIELD, PA 17068-0159 |
| 5515692 | + | RED CIRCLE PERFORMANCE PRE-OWNED, 1322 SPRING ROAD, CARLISLE, PA 17013-1555 |
| 5515693 | + | STEPHEN WADE PARKER ESQUIRE, ETZWEILER & WITHERS LLC, 105 N FRONT STREET, HARRISBURG, PA 17101-1483 |
| 5515695 | + | TORRES CREDIT SERVICES, 27 FAIRVIEW ST, PO BOX 189, CARLISLE, PA 17013-0189 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5515672 | | Email/Text: documentfiling@lciinc.com | Feb 24 2023 18:41:00 | COMCAST (BK NOTICES), PO BOX 1931, BURLINGAME, CA 94011-1931 |
| 5515673 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2023 18:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5515676 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 24 2023 18:41:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5515696 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 24 2023 18:41:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5515678 | + | Email/Text: EBN@edfinancial.com | Feb 24 2023 18:41:00 | EDFINANCIAL, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5517706 | + | Email/Text: EBN@edfinancial.com | Feb 24 2023 18:41:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5515681 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 18:41:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5515684 | ^ | MEBN | Feb 24 2023 18:39:15 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5515685 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2023 18:41:00 | KOHLS/CAPONE, COLLECTION |

| Recip ID | Bypass | Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5515686 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 24 2023 18:41:00 | LENDMARK FINANCIAL SERVICES LLC, ATTN: BK DEPT, 2118 USHER STREET NW, COVINGTON, GA 30014 |
| 5520845 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 24 2023 18:41:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5515687 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 18:45:47 | LVNV FUNDING LLC, BK NOTICES, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-5115 |
| 5515688 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 24 2023 18:41:00 | MARINER FINANCE LLC, BK NOTICES, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5515691 | | Email/Text: bankruptcynotices@psecu.com | Feb 24 2023 18:41:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5515694 | + | Email/Text: bankruptcy@sw-credit.com | Feb 24 2023 18:41:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5515982 | + | Email/Text: bankruptcy@huntington.com | Feb 24 2023 18:41:00 | The Huntington National Bank, OPC 856, PO Box 89424, Cleveland, OH 44101-6424 |
| 5515697 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 24 2023 18:41:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5515682 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | |

| | |
|---|---|
| | on behalf of Debtor 1 Mystery Nicole Schappell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor Nations Direct Mortgage LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mystery Nicole Schappell,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00051−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 19, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo United States Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 26, 2023 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 24, 2023 |

ntcnfhrg (08/21)