**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MYSTERY NICOLE SCHAPPELL | : | |
|    Debtor | : | CASE NO. 1:23-bk-00051 |
| | : | |
| ISAAC & CHEYENNE PAULEY | : | ADVERSARY NO. |
|    Plaintiff(s)/Movant(s) | : | |
| vs. | : | Nature of Proceeding Motion for Relief |
| | : | |
| MYSTERY NICOLE SCHAPPELL | : | |
|    Defendant/Respondent | : | Document #: |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE [1]**

     This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

     The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

     Reason for the continuance. Debtor's counsel will be out of town the week of June 5th, 2023. Counsel for Movant, S. Wade Parker, has agreed to the continuance request.

     Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:June 1, 2023

                         /s/ Kara K. Gendron
                         Kara K. Gendron, Esquire
                         Attorney ID 87577
                         Mott & Gendron Law
                         125 State Street
                         Harrisburg, PA 17101
                         (717) 232–6650 TEL
                         karagendron@gmail.com

---

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF** | **:** | **CHAPTER: 13** |
| **MYSTERY NICOLE SCHAPPELL** | **:** | |
| | **:** | |
| | **:** | **CASE NUMBER:1:23-bk-00051** |
| **Debtor(s)** | **:** | |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 1, 2023 I served a copy of the Request to Continue on the following parties:

| Name and Address | Mode of Service |
|---|---|
| S. Wade Parker, Esquire<br>wparker@etzweilerwithers.com<br>counsel for Movants<br>ISAAC & CHEYENNE PAULEY | Electronically |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036 | Electronically |
| | |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 06/01/2023

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com