IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MYSTERY NICOLE SCHAPPELL | |
| Debtor(s) | CASE NO. 1:23-bk-00051 |
| | ADVERSARY NO. |
| | Nature of Proceeding Motion for relief |
| | Document #: |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE [1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance. The parties require additional time to resolve certain issues.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 31, 2023

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
karagendron@gmail.com

---

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN THE MATTER OF | : | CHAPTER: 13 |
| MYSTERY NICOLE SCHAPPELL | : | |
| | : | |
| | : | CASE NUMBER:1:23-bk-00051 |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 31, 2023 I served a copy of the Request to Continue on the following parties:

| Name and Address | Mode of Service |
|---|---|
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036 | Electronically |
| S. Wade Parker, Esq.<br>Etzweiler and Withers LLC<br>105 N. Front Street<br>Suite 100<br>Harrisburg, PA 17101<br>Ph: 717-234-5600<br>www.etzweilerwithers.com | Electronically |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 07/31/2023

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendronecf@gmail.com