IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:23-bk-00051 |
| | : | |
| | : | CHAPTER 13 |
| MYSTERY NICOLE SCHAPPELL | : | |
| | : | MATTER: MOTION FOR RELIEF |
| Debtor(s) | : | |
| | : | |

## MOTION TO CONTINUE HEARING

COMES NOW the Debtor, Mystery Nicole Schappell and , by and through Kara K. Gendron, Esquire of Mott & Gendron Law, and requests a continuance, respectfully stating in support thereof:

1. The Debtor filed a Chapter 13 Petition on January 12, 2023.
2. The Bankruptcy Court scheduled a hearing on 9/26/23 for Issac M Pauley's Motion for Relief; however, counsel for Movant reached out to the undersigned and indicated that he needs additional time and Debtor's counsel concurred with the request to continue 30 days. in the motion to continue.

WHEREFORE, the Debtor respectfully requests that this Court enter an order continuing the hearing for 30 days.

Respectfully submitted,

/s/ Kara K. Gendron

Kara K. Gendron, Esquire
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:23-bk-00051 |
| | : | |
| MYSTERY NICOLE SCHAPPELL | : | CHAPTER 13 |
| | : | |
| Debtor(s) | | |

**O R D E R**

UPON CONSIDERATION of the Motion to continue is hereby

ORDERED AND DECREED that the hearing scheduled for 9/26/23 is rescheduled to

_____ at \_\_\_\_ \_\_. m. in Harrisburg, Pennsylvania.