In re:                                                                    Case No. 23-00051-HWV

Mystery Nicole Schappell                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5529183 | Email/Text: BKCourtNotices@yourmortgageonline.com | May 21 2024 18:34:00 | NATIONS DIRECT MORTGAGE, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Mystery Nicole Schappell DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Mystery Nicole Schappell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Defendant Mystery Nicole Schappell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | on behalf of Creditor Nations Direct Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

Michael Patrick Farrington

    on behalf of Creditor Nations Direct Mortgage  LLC mfarrington@kmllawgroup.com

Stephen Wade Parker

    on behalf of Creditor Issac M Pauley wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com

Stephen Wade Parker

    on behalf of Plaintiff Issac M Pauley wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# United States Bankruptcy Court

## Middle District of Pennsylvania
## Case No. 1:23-bk-00051-HWV
## Chapter 13

In re: Debtor(s) (including Name and Address)

Mystery Nicole Schappell
226 Notch Road
Duncannon PA 17020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/21/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: NATIONS DIRECT MORTGAGE, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 | Nations Direct Mortgage, LLC<br>1661 Worthington Rd.<br>Ste. 100<br>West Palm Beach, FL , 33409<br>Nations Direct Mortgage, LLC<br>1661 Worthington Rd. |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/23/24

Terrence S. Miller

**CLERK OF THE COURT**