IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                   Case No. 1:23-bk-00051-HWV
                                                           Chapter 13

Mystery Nicole Schappell

Debtor(s).

## NOTICE OF APPEARANCE

**Nations Direct Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                             By:    /s/ Steven K. Eisenberg
                                                        Steven K. Eisenberg, Esquire
                                                        Bar No: 75736
                                                        Stern & Eisenberg, PC
                                                        1581 Main Street, Suite 200
                                                        The Shops at Valley Square
                                                        Warrington, PA 18976
                                                        Phone: (215) 572-8111
                                                        Fax: (215) 572-5025
                                                        seisenberg@sterneisenberg.com
                                                        Attorney for Creditor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 6th day of June, 2024, to the following:

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendronecf@gmail.com
***Attorney for Debtor(s)***

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Mystery Nicole Schappell
226 Notch Road
Duncannon, PA 17020

***Debtor(s)***

By:    /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire