| | |
|---|---|
| In re: | Case No. 23-00051-HWV |
| Mystery Nicole Schappell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 08, 2024 | Form ID: nthrgreq | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

**Recip ID    Recipient Name and Address**
+   Chase X. Schappell, 226 Notch Road, Duncannon, PA 17020-7017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Daniel Philip Jones
    on behalf of Creditor Nations Direct Mortgage LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon
    on behalf of Creditor Nations Direct Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Dorothy L Mott
    on behalf of Debtor 1 Mystery Nicole Schappell DorieMott@aol.com
    karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Kara Katherine Gendron
    on behalf of Debtor 1 Mystery Nicole Schappell
    karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmai

Kara Katherine Gendron
l.com;MottGendronLaw@jubileebk.net

on behalf of Defendant Mystery Nicole Schappell
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Mario J. Hanyon
on behalf of Creditor Nations Direct Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Stephen Wade Parker
on behalf of Creditor Issac M Pauley wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

Stephen Wade Parker
on behalf of Plaintiff Issac M Pauley wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mystery Nicole Schappell

**Debtor 1**

Chapter: 13

Case number: 1:23−bk−00051−HWV

Document Number: 65

Matter: Stipulation

NATIONS DIRECT MORTGAGE, LLC
**Movant(s)**

vs.

MYSTERY NICOLE SCHAPPELL
CHASE X SCHAPPELL
JACK N ZAHAROPOULOS
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 12, 2023.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 8/13/24** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 8, 2024 |

nthrgreq(02/19)