UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MYSTERY NICOLE SCHAPPELL : CHAPTER 13
    Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
 :
    vs. :
 :
MYSTERY NICOLE SCHAPPELL :
    Respondent : CASE NO. 1-23-bk-00051

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 14th day of August, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid. The plan needs to pay a minimum of $42,590.14 to fund the claims that it proposes to pay.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                       Respectfully submitted:

                                       Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       8125 Adams Drive, Suite A
                                       Hummelstown, PA 17036
                                       (717) 566-6097

                    BY:      /s/Douglas R. Roeder
                                Attorney for Trustee

# CERTIFICATE OF SERVICE

AND NOW, this 14th day of August, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee