United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00051-HWV |
| Mystery Nicole Schappell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 14, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Chase X. Schappell, 226 Notch Road, Duncannon, PA 17020-7017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Nations Direct Mortgage LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Nations Direct Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Mystery Nicole Schappell DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Mystery Nicole Schappell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmai |

Kara Katherine Gendron
    l.com;MottGendronLaw@jubileebk.net

on behalf of Defendant Mystery Nicole Schappell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Mario J. Hanyon
    on behalf of Creditor Nations Direct Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Stephen Wade Parker
    on behalf of Creditor Issac M Pauley wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

Stephen Wade Parker
    on behalf of Plaintiff Issac M Pauley wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| In Re:<br><br>    MYSTERY NICOLE SCHAPPELL<br>    Debtor(s)<br><br>    NATIONS DIRECT MORTGAGE, LLC<br>    Movant<br><br>    v.<br><br>    MYSTERY NICOLE SCHAPPELL<br>    Debtor(s)<br><br>    CHASE X SCHAPPELL<br><br>    Co-Debtor<br>    JACK N ZAHAROPOULOS<br>    Trustee<br>    Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 1:23-bk-00051-HWV<br><br>Judge: VAN ECK, HENRY W. |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant, Doc. 61, and it appearing that the parties have resolved this matter via Stipulation, Doc. 69, it is

    **ORDERED** that the Stipulation is **APPROVED**.

 

By the Court,

_(signature)_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 14, 2024