UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MYSTERY NICOLE SCHAPPELL  :  CHAPTER 13
        Debtor(s)  :
          :
JACK N. ZAHAROPOULOS  :
STANDING CHAPTER 13 TRUSTEE  :
        Movant  :
          :
        vs.  :
          :
MYSTERY NICOLE SCHAPPELL  :
        Respondent(s)  :  CASE NO.  1-23-bk-00051

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this  20th  day of September, 2024, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about August 14, 2024, be withdrawn as all issues have been resolved.

        Respectfully submitted:

        /s/Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this  20th  day of September, 2024, I hereby certify that I have
served the within Motion by electronically notifying parties or by depositing a true and correct
copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first
class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

        /s/Deborah A. DePalma
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee