United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00051-HWV |
| Mystery Nicole Schappell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 24, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5618266 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 24 2025 18:39:00 | Nations Direct Mortgage, LLC, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL , 33409, Nations Direct Mortgage, LLC, 1661 Worthington Rd. 33409-6493 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Nations Direct Mortgage  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Nations Direct Mortgage  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Mystery Nicole Schappell DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

| | |
|---|---|
| Kara Katherine Gendron | on behalf of Debtor 1 Mystery Nicole Schappell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Defendant Mystery Nicole Schappell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | on behalf of Creditor Nations Direct Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Stephen Wade Parker | on behalf of Creditor Issac M Pauley wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Plaintiff Issac M Pauley wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-00051-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Mystery Nicole Schappell
226 Notch Road
Duncannon PA 17020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/24/2025.

Name and Address of Alleged Transferor(s):

Claim No. 13: Nations Direct Mortgage, LLC, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL , 33409, Nations Direct Mortgage, LLC, 1661 Worthington Rd.

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
Nationstar Mortgage LLC
P.O Box 619096
Dallas, TX 75261-9741
Lakeview Loan Servicing, LLC
Nationstar Mortgage LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/26/25

Seth F. Eisenberg
**CLERK OF THE COURT**

Case 1:23-bk-00051-HWV    Doc 80    Filed 07/26/25    Entered 07/27/25 00:22:47    Desc
Imaged Certificate of Notice    Page 3 of 3