IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MYSTERY NICOLE SCHAPPELL | : | |
| | : | CASE NO. 1:23-bk-00051 |
| | : | |
| | : | |
| **Debtor** | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

Comes now the Debtor, Mystery Nicole Schappell, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on January 12, 2023.
2. The Debtor wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MYSTERY NICOLE SCHAPPELL | : | |
| | : | CASE NO. 1:23-bk-00051 |
| | : | |
| | : | |
| Debtor | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MYSTERY NICOLE SCHAPPELL | : | |
| | : | CASE NO. 1:23-bk-00051 |
| | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025 I served a copy of the foregoing document(s) on the following parties via ECF or by first class mail:

JACK N. ZAHAROPOULOS ESQUIRE
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036
TWecf@pamd13trustee.com

I certify under penalty of perjury that the foregoing is true and correct.
Date: 08/15/2025

                                                                Respectfully submitted,

                                                              /s/ Kara K. Gendron
                                                              Kara K. Gendron, Esquire
                                                              Attorney ID 87577
                                                              MOTT & GENDRON LAW
                                                              125 State Street
                                                              Harrisburg, PA 17101
                                                              http://www.mottgendronlaw.com
                                                              T: (717) 232-6650 | F: (717) 232-0477
                                                              karagendron@gmail.com